KENILWORTH PLANTATION, INC., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 6541.    Promulgated May 26, 1927.

*Isom J. Guillory, Esq.,* and *E. Barrett Prettyman, Esq.,* for the petitioner.

*J. Arthur Adams, Esq.,* for the respondent.

TRAMMELL: This is a proceeding for the redetermination of a deficiency for 1919 in the amount of $10,858.87. The deficiency arises from the action of the Commissioner in determining the profits arising from the sale set out in the findings of fact upon a basis other than the installment basis.

The facts set out below, including the amount of the profit to be reported by the petitioner for 1919, are all stipulated.

### FINDINGS OF FACT.

The petitioner on June 23, 1919, sold property, both real and personal, for $115,000 less a commission paid for the sale in the sum of $5,750, and received in payment therefor $10,000 in cash and 16 promissory notes running for a period of five years. The first note, which was for $30,000, matured January 1, 1920, and was paid during that month. The other 15 notes, of $5,000 each, matured as follows:

    3 Notes on January 1, 1921
    3 Notes on January 1, 1922
    3 Notes on January 1, 1923
    3 Notes on January 1, 1924
    3 Notes on January 1, 1925

The profit derived from the sale of the property mentioned above was $24,944.03. The amount of the profit to be reported by the petitioner for 1919 is $2,169. The petitioner reported its income on the calendar year basis.

*Judgment will be entered on 10 days' notice, under Rule 50.*